FILED
JAN 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHILLIPPI S. LOWE, Pro Se,
P.O. Box 368
Evergreen, AL. 36401
    Plaintiff

vs.

WASHINGTON D.C.
PRINCE GEORGE MARYLAND
MONTGOMERY CITY AL.,
EVERGREEN AL.
PENSACOLA FLORIDA and their
FRATERNAL ORDER OF POLICE
    Defendants.

CASE NUMBER 1:07CV00049
JUDGE: Unassigned
DECK TYPE: Civil Rights (non-employm
DATE STAMP: 01/10/2007

## COMPLAINT

**CRIMINAL ORGANIZED RACIST POLICE MEMBERS OF FRATERNAL ORDER OF POLICE USE THE DEATH OF USA SOLDIERS, SAILORS, AIRMAN KILLED IN IRAQ, VIETNAM, KOREA, WWII, WWI, AND ETC. TO INFLICT TERRORISM ON USA WAR VETERANS ACROSS STATES LINES, AND IS AIDED IN USA COURTS BY CRIMINAL JUDGES WHO DO NOT CONSIDER BLACK AMERICAN CITIZEN.**

<u>Cause of actions</u>

    Terrorism on U.S.A. soil is committed on U.S.A. Veterans, their family and friends, that is a betrayal of a public trust that effect United States of America society as a whole, by criminal white Police who are members of Fraternal Order of Police that terrorize across the states lines of Maryland, Washington D.C., Florida, and Alabama. No U.S. Government, U.S. Marshals, FBI, or etc. who is paid by society to eradicate acts of terrorism against American Citizen have investigated the evidence or complaints. Plaintiff believe these Police terrorist is planning to commit his murder by members of what the Police call their brotherhood. Plaintiff now understand why his daughter is so terrified of Police Capt. James Cullen and his white Police friends. See exhibit A,B,C,D.

    This FIFTY MILLION DOLLARS ($50,000,000.00) criminal / tort is a Res Ipsa Loquitur action→ [Latin phase- the thing speak for itself] stem from most of America Judges, prosecutors, FBI, and all decent law enforcer police who is paid by American

Citizen, but lack the courage to enforce the laws of the United States of America Constitution, and have become victim themselves of organize Police terrorism. The Fraternal Order of Police use race, and white Police Capt. James Cullen love for a black women (x-wife of Plaintiff) as grounds to execute open acts of terror, death threats by phone, slander of Plaintiff business, using U.S. mail to inflict terror, and etc. on Plaintiff and did cause emotional distress, extreme personal suffering, impaired Plaintiff business, restricted unlawfully Plaintiff freedom of action to Plaintiff detriment, accused Plaintiff of criminal offence, expose family secret to subject Plaintiff to hatred, contempt ridicule and etc. while operating in the scope of their employment as Police / law enforcer for Prince George County Maryland, Washington DC, Montgomery Alabama City Police, Pensacola Florida Highway Patrol, Evergreen Alabama City and County Sheriff Dept., and etc. committed Federal statutes violation of Rico Act, discrimination, U.S. Mail tampering , misrepresentation, terror, conspiracy, across state line terror and etc. attack and overthrew the United States of America and its Constitutions, Amendments, that our young American Soldiers is on the battle fields of Iraq dying for everyday while these criminal law breaking Police who have never picked up a gun in defense of this Country use the death of American war Soldier to terrorizing its law abiding veterans, citizen, and etc. An America Soldier of 33 years U.S. Military Service veteran Charlie Caldwell survived 2 years of combat in the Vietnam war and Persian Gulf war only to be terrorize by Fraternal Order of Police who allegedly burned his truck up would not respond to fire, the FBI would not investigate his complaint, he was stop several times, searched illegally by Montgomery Alabama Police without probable cause, girlfriend house was set on fire after he purchase new furniture allegedly by Police and etc.

Jurisdiction

The jurisdiction of the United States District Court for the District of Columbia Washington D.C. Division is involved in diversity of citizenship only, under the Civil Rights Act of 1964. Federal statutes amended to provide stronger protection for rights guaranteed by the United States of America Constitution 42 U.S.C. 28 USC 1983, Rico Racketeer influenced and corrupt organization act. 1974 Amendment that extended the Federal Acts to intentional torts by law enforcement person 28 U.S.C. 2680(H) this being an action authorized by United States law to redress the deprivation under color of law, statute, ordinance, regulation, custom or usage of a right, privilege, and immunity secured to the Plaintiff by the First, Fifth, Fourteenth Amendment to the Constitution of these United States of America.

Parties

(1). Plaintiff Phillippi S. Lowe is a illegally made homeless, USA Vietnam era Veteran a Naz. teacher resident of the State of Alabama living with different U.S. Veterans and friends since the criminal unconstitutional thelf selling, and eviction of Plaintiff off his legally owned land / house located at 109 South Shipp Street Evergreen Alabama by the criminal action of white racist Judges, Sam Welch, and Jeff Brock of Evergreen Alabama who have no regard for the United States Constitution who under color of law is overthrowing the U.S.A. Constitution and Laws.

(2). Defendants Montgomery City is the employer of the criminal racist terrorist Police who is paid more money a year than an American Soldiers in the war zone of Iraq. Racist Police use their positions to terrorize.

(3). Defendants Fraternal Order of Police Montgomery Alabama Branch, Division or etc. in that some of their members is involved in the criminal activity of terrorizing Plaintiff an American Citizen across state line.

(4). Defendants Prince George Maryland City County, and their branch of Fraternal Order of Police who is / was the employer, and / or have as a member Police Capt. James Cullen, and other white Police use their position to terrorize.

(5). Defendants Washington DC City, and their branch of Fraternal Order of Police who is the employer / or have as a member of Police involved in terror of Plaintiff an American Citizen across state lines.

(6). Defendants Washington DC Fraternal Order of Police who some of its members is involved in across state lines terrorizing of Plaintiff an American Citizen.

(7). Defendants Pensacola Florida Fraternal Order of Police who have members of the Highway Patrol who is involved in the criminal activity of terrorizing, suppression of evidence of Plaintiff an American Citizen.

<u>Statement of the facts</u>
<u>Res Ipsa Loquitur</u>

These criminal / tort acts was committed by the Fraternal Order of Police while acting within the line and scope of their employment as Police Officer and members of the Fraternal Order of Police in that white Police Officers of the Washington D.C. area Prince George County Maryland, Montgomery Alabama, and Pensacola Florida area did conspire to and carryout the alleged conspiracy on Plaintiff victim Phillippi S. Lowe that started on or about 2001 and continue to this day, Res Ipsa Loquitur [the thing speaks for itself]. Plaintiff started receiving threaten phone call from Police Capt. James Cullen and his white

Police friends who use the fact that Plaintiff trouble / confuse / terrorizes teenage daughter had resorted to drugs, prostitution, etc. while under Capt. J. Cullen influence and Plaintiff x - wife care, at which time a fight between Police Capt. James Cullen approximately a 300lb white male, and Plaintiff 15 year old black daughter approximately 70 lb, Plaintiff knew it was unsafe for his daughter to be in constant contact with Police Capt. James Cullen and his white Police friends. Plaintiff encourage his daughter to come and live with him, taking her away from the street and that hostile environment. Plaintiff had his daughter enrolled in Nursing School in Alabama. Plaintiff daughter was suffering from police terrorism, drug abuse, prostitution, child molestation, rape, STDs and needed his guidance. Capt. James Cullen and his white criminal law breaking Police friends was taking full advantage of that fact, and after Plaintiff moved his sick daughter to Alabama, placed her in Nursing School and begin to correct, and trying to reform his (Plaintiff) daughter into being a productive citizen. Plaintiff daughter returns back to Maryland after a heated argument between her and Plaintiff about drugs, prostitution and etc. Criminal law breaking Police Capt. James Cullen and his racist white Police friends knew Plaintiff daughter was facing all kinds of problems, and when she returned back to Maryland angry with her father (Plaintiff) Capt. James Cullen and his friends (white Police) took advantage of her conditions and use it to begin premeditated well organized criminal act of terrorized on Plaintiff, his business using slander and etc. across state lines aided by Montgomery Alabama, Evergreen Alabama, Pensacola Florida, Prince George Maryland, Washington D.C. Fraternal Order of Police was so well organized Plaintiff allege that many American Citizen is facing this same terror, black, white, and etc. that continue until this day, the Police terror Plaintiff was / is facing which bring Plaintiff to

this court to seek justice and to bring an end to organized Police terror..

Plaintiff will show:

<u>Res Ipsa Loquitur</u>
<u>COUNT I Conspiracy</u>

Terrorist lawbreaking criminal Police members of Fraternal Order of Police conspired with others members of Fraternal Order of Police across State lines (Federal violations) in furtherance of their unlawful acts of terrorizing American Citizen Phillippi S. Lowe as a matter of law it is not necessary that each member of a conspiracy know the act part other participant is playing that each conspirator know each other, nor for those that come on later and cooperate to obtain the unlawful result to be charged with Federal Statute violations.

<u>COUNT II</u>
<u>Mens Rea</u>

The Fraternal Order of Police premeditated to commit murder, the terrorist lawbreaking white Police attempted to provoke Plaintiff into coming to the Washington D.C., Maryland, or Virginia area to commit his / Plaintiff murder, see Res Ipsa Loquitur, post card illegally placed in Plaintiff mail box un-circulated, with provoked message (U.S. Postal violation) to show Plaintiff Fraternal Order of Police could terrorize him (Plaintiff) from Washington D.C., Prince George Maryland, to Montgomery Alabama (across State lines terror) that the Fraternal Order of Police was everywhere, and did not have to leave Washington D.C., or Prince George to kill him (Plaintiff). [Men Res] evil in itself Fraternal Order of Police (1) Intentionally, (2) Knowingly, (3) Recklessly, (4) and Grossly (criminal) negligent by Fraternal Order of Police to commit Plaintiff murder.

<u>COUNT III</u>

### Fraternal Order of Police Malfeasance and Malum In Se

The criminal lawbreaking acts of members of the Fraternal Order of Police white terrorist had no legal right to under any circumstances that society law and etc. give no authority or warrant of law in the performance of official / unofficial duty the acts which no person, police Fraternal or etc. should do at all terrorizes American Citizen malum in se Latin [evil in itself] terrorizing Plaintiff, by U.S. Mail, Planning Plaintiff murder, phone threats to Plaintiff house (that Plaintiff have recorded) with vulgarity, profanity, and etc. following Plaintiff down the streets with patrol lights flashing, for no reason but to cause terror of Plaintiff, and friends. Following Plaintiff into convenience stores trying to provoke Plaintiff into a deadly fight. Just illegality from the very nature of the transaction upon society principles, moral, and public law.

### COUNT IV
### Fraternal Order of Police Malum - In - SE Lat: [evil in itself]
### Criminal Coercion

Fraternal Order of Police did slander Plaintiff business, accused Plaintiff of criminal offense of filming children having sex, child molesting, rape, drugs production, imposing illegal curfew on Plaintiff, lying on Plaintiff to subject Plaintiff to hatred, contempt or ridicule to impair Plaintiff credit or business reputation, causing official to suppress evidence Plaintiff needed for litigation, and etc.

### COUNT V
### Fraternal Order Of Police Malice aforethought

Fraternal Order of Police Man-endangering mental disposition for which there is no justification or excuse as to which no mitigating circumstances exist. Police and members of Fraternal Order of Police Capt. James Cullen and his white Police friend

terrorized Plaintiff 15-16 years old 70-80lb black female minor child who 280 - 300lb white Police Capt. James Cullen beat with his fist when Plaintiff minor child called Police child was told by white Police friends of Capt. James Cullen if she had him arrested he could have her arrested. Adult black male friend of family Danny was sent to prison on some charge for challenging Police Capt. James Cullen to fight him instead of Plaintiff minor daughter after Capt. James Cullen had beaten Plaintiff daughter that same night.

### COUNT VI
### Fraternal Order of Police strict liability

Fraternal Order of Police have a strict liability for any terrorist acts committed by their members in criminal law the conduct even if joking playful, innocently engaged in result in criminal tort strict liability, death threats, phone call, mail letter of death stalking or etc. by Fraternal Order of Police on Plaintiff is strict liability of F. O. P.

### COUNT VII

Abuse of process by Fraternal Order of Police.

### COUNT VIII

Discrimination by Fraternal Order of Police.

### COUNT IX

Suppression of evidence by Fraternal Order of Police.

### COUNT X

Concurrent negligence by Fraternal Order of Police.

### COUNT XI

Wanton negligence by Fraternal Order of Police.

### COUNT XII

Direst cause by Fraternal Order of Police.

### COUNT XIII

Superseding cause - by Prince George, Washington DC, Evergreen AL., Montgomery AL., Pensacola Fla., acts to cut off the liability and criminal actions committed by its Fraternal Order of Police it can be said that these cities cause the terror, injury and etc. that legally justify imposing tort liability.

Considering the foregoing the Federal Statute that have been violated by the Fraternal Order of Police terrorism, betrayal of a public trust that affect Plaintiff and American Society as a whole, U.S.A. justice and law demand Plaintiff be awarded FIFTY MILLION DOLLARS ($50,000,000.00) the cost of this action, legal fees, as provided by statutes.

Respectfully submitted

Phillippi S. Lowe
P.O. Box 368
Evergreen, AL 36401
334-284-6888

Defendants can be served as follows:

WASHINGTON D.C. CLERK'S OFFICE
United States District Court
for the District of Columbia
and their Fraternal Order of Police
333 Constitution Avenue, NW
Washington, D.C. 20001

PRINCE GEORGE Maryland
and their Fraternal Order of Police
14735 Main Street
Upper Marlboro, MD. 20772

MONTGOMERY CITY
and their Fraternal Order of Police
103 N Perry
Montgomery, Alabama 36104


PENSACOLA CITY
and their Fraternal Order of Police
Post Office Box 12910
Pensacola, Florida 32521


EVERGREEN ALABAMA
and their Fraternal Order of Police
P.O. Box 107
Evergreen, AL. 36401

*[signature]*
PHILLIPPI S. LOWE

Exhibit A



# Constitutional Tar-Baby Committee
Justice For
United States America
Veterans

## We will not accept discrimination

### United States of America
Sounded the bugle call for **"WAR"** Soldier's and Sailor's

The Lowe family did not flee to Canada, Mexico, to dodge the draft, my

Family answered to defend the United States of America and its Constitution.

\*G. G. Uncle 3 Lowe . . . . . Civil War union. . . U S Army

Father V. Lowe . . . . . . . . W W 1 . . . . . . . Fer. Med. corps Army

Uncle B. Lowe . . . . . . . . .W W 1 . . . . . . . U S Army

Uncle W. Simmons . . . . . . W W 2 . . . . . . . U S Navy

Brother V. L. Lowe . . . . . . Korean War . . . . . U S Army

Brother D. Lowe . . . . . . . . Vietnam War . . . . U S Air Force

Brother B. Lowe . . . . . . . Vietnam War . . . . .U S Army

Brother P. Lowe . . . . . . . Vietnam War . . . . U S Navy

Nephew D. Maxwell . . . . . Persian Gulf . . . . U S Army

1st Cousin L. Jenkins . . . . . Vietnam War . . . . U S Marine

. . . . . . . . . . . . . . . . . . . . . and etc. . . . . . . . . . . . . . . . . . .

Best Friend C. Caldwell . . . 2 tour Vietnam/Persian Gulf injury/US Army

My family fought for, U S Constitutional guaranteed due process of law.

\*Great Great Uncle 3 Lowe ( nick name) because he performed his duties like 3 Soldiers.

07 0049

# ore likely for childhood cancer survivors

r treatments can immediately harm ctive development. But with most cer patients now surviving, a bigger hether girls whose ovaries seemed ctually have lingering damage that nopause before age 40. If so, the ri eir family planning as well as eir ddle age, because early menopause nning bones and other problems. dies have suggested these patients do have a higher risk of early menopause. Researchers from Memorial Sloan-Kettering Cancer Center went a step farther Tuesday in the *Journal of the National Cancer Institute*, pinpointing who's at highest risk.

They compared 2,800 women who survived childhood cancer with 1,000 sisters of cancer survivors. After excluding those who underwent ovary-removing surgery, they found 8 percent of cancer survivors experienced early menopause, compared with less than 1 percent of the sisters.

The risk was highest — 30 percent — for survivors who had received radiation to the lower abdomen plus so-called "alkylating" chemotherapy agents, drugs such as cyclophosphamide.

However, Harvard researchers cautioned in an accompanying editorial that the 30 percent figure might be an underestimate, because the study included mostly women who hadn't yet reached age 40.

07 0049

# Thousands desert rather than fight

**Since 2000,** about 40,000 troops from all branches of the military have deserted

**By Ana Radelat**
Gannett News Service

WASHINGTON — Swept up by a wave of patriotism after the U.S. invasion of Iraq, Chris Magaoay joined the Marine Corps in November 2004.

The newly married Magaoay thought a military career would allow him to continue his college education, help his country and set his life on the right path.

Less than two years later, Magaoay became one of thousands of military deserters who have chosen a lifetime of exile or possible court-martial rather than fight in Iraq or Afghanistan.

"It wasn't something I did on the spur of the moment," said Magaoay, a native of Maui, Hawaii. "It took me a long time to realize what was going on. The war is illegal."

Magaoay said his disillusionment with the military began in boot camp in Twentynine Palms, Calif., where a superior officer joked about killing and mistreating Iraqis. When his unit was deployed to Iraq in March, Magaoay and his wife drove to Canada, joining a small group of deserters who are trying to win permission from the Canadian government to stay.

"We're like a tight-knit family," Magaoay said.

The Pentagon says deserters like Magaoay represent a tiny fraction of the nation's fighting forces.


Magaoay

"The vast majority of soldiers who desert do so for personal, family or financial problems, not for political or conscientious objector purposes," said Lt. Col. Bryan Hilferty, a spokesman for the Army.

Since 2000, about 40,000 troops from all branches of the military have deserted, the Pentagon says. More than half served in the Army. But the Army says numbers have decreased each year since the United States began its war on terror in Afghanistan.

Those who help war resisters say desertion is more prevalent than the military has admitted.

"They lied in Vietnam with the amount of opposition to the war and they're lying now," said Eric Seitz, an attorney who represents Army Lt. Ehren Watada, the first commissioned officer to refuse deployment to the war in Iraq.

Watada is under military custody in Fort Lewis, Wash., because he refused to join his Stryker brigade when it was sent to Iraq last month.

Watada said he doesn't object to war but considers the conflict in Iraq illegal. The Army has turned down his request to resign and probably will court-martial him.

Critics of the Iraq war have demonstrated on the lieutenant's behalf. Conservative bloggers call him a traitor and opportunist.

Joe Davis, spokesman for the Veterans of Foreign Wars, said deserters aren't traitors because they've done nothing to help America's enemies. But he rejects arguments that deserters have a moral right to refuse to fight wars they consider unjust.

"None of us can choose our wars. They're always a political decision," Davis said. "They're letting their buddies down and hurting morale — and morale is everything on the battlefront."

Because today's military is an all-volunteer force, troops seeking objector status must convince superior officers they've had an honest change of heart about the morality of war.

The last time the U.S. military executed a deserter was World War II. But hundreds face court-martials and imprisonment every year.

Members of the armed forces are considered absent without leave when they are unaccounted for. They become deserters after they've been AWOL for 30 days.

A 2002 Army report says desertion is fairly constant but tends to worsen during wartime, when there's an increased need for troops and enlistment standards are more lax. They also say deserters tend to be less educated and more likely to have engaged in delinquent behavior than other troops.

Jeffry House, an attorney in Toronto who represents Magaoay and other deserters, said there are about 200 deserters living in Canada. They have decided not to seek refugee status but instead are leading clandestine lives, he said.

Like many of the people helping today's war resisters, House fled to Canada to avoid the Vietnam War. About 50,000 Americans sought legal residency in Canada during the Vietnam era.

"You would apply at the border and if you didn't have a criminal record, you were in," House said.

He said changes in Canadian law make it harder for resisters to flee north. Now, potential im-



BACK TO COLLEGE

WE STOCK QUALITY, INEXPENSIVE MATTRESSES, FUTONS & METAL BEDS.
Delivery to Auburn & Troy available.

*Nice but blemished extra long twin mattresses from $89.*

SALE

Mr. Sandman
MATTRESS SUPERSTORES

Announcement

TING

ting will be held to consider proposed consider the Draft Fiscal Year 2007 Unified OP). All meetings are open to the public.

e body of local elected officials responsible r adoption of the required transportation at 10:00 a.m. at the City of Montgomery,



# FLORIDA TRAFFIC CRASH REPORT — LONG FORM

MAIL TO: DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES, TRAFFIC CRASH RECORDS, NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0537

Exhibit C

**DO NOT WRITE IN THIS SPACE**

## Time & Location
- DATE OF CRASH: 09/04/02
- TIME OF CRASH: 8:19 PM
- TIME OFFICER NOTIFIED: 8:21 PM
- TIME OFFICER ARRIVED: 8:29 PM
- INVEST. AGENCY REPORT NUMBER: 02-39-13353-09
- HSMV CRASH REPORT NUMBER: 71147966
- COUNTY: Escambia
- COUNTY / CITY CODE: 09-00
- FEET or MILE(S): 7
- N S E W: N
- of CITY OR TOWN: Pensacola
- NO. OF LANES: 2
- DIVIDED / UNDIVIDED: 2 (Undivided)
- ON STREET, ROAD OR HIGHWAY: U.S. Alt 90 (S.R. 10)
- AT THE INTERSECTION OF or FEET/MILE(S): 1000
- N S E W: W
- FROM INTERSECTION OF: Pine Forest Road (Pine Forest Road)

## Section 1 — Vehicle
- DRIVER ACTION: 3 (N/A)
- YEAR: 01
- MAKE: MERC
- TYPE: 01
- USE: 01
- VEH. LICENSE NUMBER: HD79GT
- STATE: FL
- VIN: 1MEFM53U11AG05357
- SHOW FIRST POINT OF VEHICLE: damaged areas 1, 15, 16, 17
- DAMAGE AND CIRCLE DAMAGED AREA(S): 1
- VEHICLE TRAVELLING N S E W: E, on U.S. Alt 90
- Est MPH: 15
- Posted Speed: 45
- EST. VEHICLE DAMAGE: 50.00
- Disabling/Functional/No Damage: 2 (Functional)
- VEHICLE REMOVED BY: (Tow Rotation List / Tow Owner's Request / Driver / Other): 3 (Driver)
- MOTOR VEHICLE INSURANCE COMPANY: U.S.A.A.
- POLICY NUMBER: 0013885 31C 7105 4
- NAME OF VEHICLE OWNER: (Same as Driver — checked)
- NAME OF DRIVER: Richard Neal Smith
- CURRENT ADDRESS: 3537 Tallship Lane
- CITY, STATE & ZIP: Pensacola, FL 32526
- DATE OF BIRTH: 04-08-36
- RES: 1, RACE: 1, SEX: 1, INJ: 3, S. EQUIP: 2, EJECT: 1
- DRIVER LICENSE NUMBER: S530-754-36-128
- STATE: FL, DL TYPE: 3, REQ. END: 5
- ALC/DRUG TEST TYPE: 5 (None)
- RESULTS: —
- ALC/DRUG: 5, PHYS. DEF: 1
- DRIVER'S PHONE NO.: (850) 458-5622
- HAZARDOUS MATERIALS BEING TRANSPORTED: 2 (No)
- PLACARDED: 2 (No)

## Section 2 — Vehicle
- DRIVER ACTION: 3 (N/A)
- YEAR: 02
- MAKE: SATURN
- TYPE: 01
- USE: 01
- VEH. LICENSE NUMBER: CD2528
- STATE: AL
- VIN: 1G8ZH528625Z123648
- SHOW FIRST POINT OF VEHICLE: damaged areas 8, 15, 16, 17
- DAMAGE AND CIRCLE DAMAGED AREA(S): 8
- VEHICLE TRAVELLING N S E W: W, on U.S. Alt 90
- Est MPH: 0
- Posted Speed: 45
- EST. VEHICLE DAMAGE: 250.00
- Disabling/Functional/No Damage: 2 (Functional)
- VEHICLE REMOVED BY: Owner — 4 (Other)
- MOTOR VEHICLE INSURANCE COMPANY: Alfa Mutual
- POLICY NUMBER: A2147645
- NAME OF VEHICLE OWNER: Lillian Frieson
- CURRENT ADDRESS: P.O. Box 2612
- CITY AND STATE: Mobile, AL 36652
- NAME OF DRIVER: Phillippi Sulter Lowe
- CURRENT ADDRESS: 109 S. Shipp Street
- CITY, STATE & ZIP: Evergreen, AL 36401
- DATE OF BIRTH: 02-06-51
- RES: 3, RACE: 2, SEX: 1, INJ: 3, S. EQUIP: 2, EJECT: 1
- PHYS. DEF: 1, ALC/DRUG: 1
- DRIVER LICENSE NUMBER: 2991683
- STATE: AL, DL TYPE: 3, REQ. END: 5
- ALC/DRUG TEST TYPE: 5 (None)
- RESULTS: —
- HAZARDOUS MATERIAL SPILLED: 2 (No)
- DRIVER'S PHONE NO.: (251) 578-4617
- HAZARDOUS MATERIALS BEING TRANSPORTED: 2 (No)
- PLACARDED: 2 (No)

## Code Information (legend)

| VEHICLE TYPE | VEHICLE USE | TRAILER TYPE | RESIDENCE (Driver/Ped) | PHYSICAL DEFECTS | ALCOHOL / DRUG USE | LOCATION IN VEHICLE |
|---|---|---|---|---|---|---|
| 01 Automobile | 01 Private Transportation | 01 Single Semi Trailer | 1 County of Crash | 1 No Defects Known | 1 Not Drinking or Using Drugs | 1 Front Left |
| 02 Van | 02 Commercial Passengers | 02 Tandem Semi Trailer | 2 Elsewhere in State | 2 Eyesight Defect | 2 Alcohol - Under Influence | 2 Front Center |
| 03 Light Truck / P.U. - 2 or 4 rear tires | 03 Commercial Cargo | 03 Tank Trailer | 3 Non-Resident Out of State | 3 Fatigue / Asleep | 3 Drugs - Under Influence | 3 Front Right |
| 04 Medium Truck - 4 rear tires | 04 Public Transportation | 04 Saddle Mount / Flatbed | 4 Foreign  5 Unknown | 4 Hearing Defect | 4 Alcohol & Drugs - Under Influence | 4 Rear Left |
| 05 Heavy Truck - 2 or more rear axles | 05 Public School Bus | 05 Boat Trailer | DL TYPE  RACE | 5 Illness | 5 Had Been Drinking | 5 Rear Center |
| 06 Truck Tractor (Cab-Bobtail) | 06 Private School Bus | 06 Utility Trailer | 1 A  2 B  3 C  1 White | 6 Seizure, Epilepsy, Blackout | 6 Pending ALC/DRUG Test Results | 6 Rear Right |
| 07 Motor Home (RV) | 07 Ambulance | 07 House Trailer | 4 D/ Chauffeur  2 Black | 7 Other Physical Defect | SAFETY EQUIPMENT IN USE | 7 In Body Of Truck |
| 08 Bus (driver + seats for 9-15) | 08 Law Enforcement | 08 Pole Trailer | 5 E/ Operator  3 Hispanic | INJURY SEVERITY | 1 Not In Use | 8 Bus Passenger |
| 09 Bus (driver + seats for over 15) | 09 Fire / Rescue | 09 Towed Vehicle | 6 E/ Oper.-Rest.  4 Other | 1 None | 2 Seat Belt / Shoulder Harness | 9 Other |
| 10 Bicycle | 10 Military | 10 Auto Transport | 7 None | 2 Possible | 3 Child Restraint | |
| 11 Motorcycle | 11 Other Government | 77 Other | REQUIRED ENDORSEMENTS  SEX | 3 Non-Incapacitating | 4 Air Bag - Deployed | |
| 12 Moped | 12 Dump | | 1 Yes    1 Male | 4 Incapacitating | 5 Air Bag - Not Deployed | EJECTED |
| 13 All Terrain Vehicle | 13 Concrete Mixer | | 2 No      2 Female | 5 Fatal (Within 30 Days) | 6 Safety Helmet | |
| | | | | 6 Non-Traffic Fatality | 7 Eye Protection | |

07 0049

# Wrong man

▶ Galanos says convicted minister is innocent of armed robbery

**By PETE ZURALES**
Staff Reporter

District Attorney Chris Galanos has asked a judge to overturn the conviction of a Mobile area minister sentenced to 20 years for armed robbery. Galanos thinks he is innocent.

Galanos petitioned Circuit Judge Robert Byrd on Wednesday to clear Phillipi S. Lowe, 43, who was convicted in May 1993 of robbing a Prichard check exchange clerk of $17,000 at knifepoint in 1991.

The victim identified Lowe as the robber, even though she originally told police the robber was 19 to 25 years old and had a


Lowe


KIICHIRO SATO/Staff Photographer
...bbery conviction, looks out the window from his motel room in Prichard.

---

**INSIDE Section B**

| | |
|---|---|
| Business | 7 |
| Deaths | 6 |
| Weather | 12 |

07 0049
FILED
JAN 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# METRO
## SATURDAY

---


Lowe

# Minister free but s

▶ Armed robbery conviction set aside for Phillipi Lowe

**By PETE ZURALES**
Staff Reporter

The nightmare is not over for Phillipi Lowe. In fact, he relived the nightmare Friday.

On Friday, Circuit Judge Robert L. Byrd set aside Lowe's armed robbery conviction, and the state dismissed the charges.

But three years ago — in that same courtroom before the same judge — Lowe heard the gavel come down and the judge sentence him to 20 years for a robbery he did not commit.

"They think I should be happy to come down here," he said before the hearing. "This has been a nightmare for me. Now they want me to come back to

# Exhibit E

**Washington DC, and Prince George Maryland white racist Police used Arlington National Cemetery uncirculated postcard to terrorize U.S. Veteran P. S. Lowe in Alabama allegedly aided by Montgomery Alabama Police Dept. Showing across States lines TERROR!!**



Arlington National Cemetery
Arlington, Virginia

Founded in 1907, the nation's first national cemetery is built on land originally belonging to the Lee family. It is a shrine to the thousands of men and women who have died to keep America free. Interred here are John F. Kennedy and his wife Jacqueline, John Philip Sousa, J. Edgar Hoover and Mathew Brady. Insets from top right: "Iwo Jima" Marine Corps Memorial, Tomb of the Unknown Soldier, Kennedy Grave Site.

Hi PHILLIPPI - everyone said you would not go see MY MAN IN WASH, DC - They were right. They are all laughing at you. They really know you.

Steve House
P.O. Box SH. 26
ATLANTA, GA 31838



PHILLIPPI SULTMEN LOWE
4307 BRADBURN RD.
MONTGOMERY, AL
36108