UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIPPI S. LOWE, Pro Se
P.O. Box 368
Evergreen, AL. 36401
    Plaintiff

vs.

NO:    **07 0049**

WASHINGTON D.C.,
PRINCE GEORGE MARYLAND,
MONTGOMERY CITY AL.,
EVERGREEN AL.,
PENSACOLA FLORIDA, and their
FRATERNAL ORDER OF POLICE
    Defendants.

### MOTION TO REMOVE JUDGE THOMAS F. HOGAN

Come now Plaintiff Phillippi S. Lowe and propounds to this court racism is alive and well in USA legal system, job duty of some Judges, Police, FBI, and etc. Under Color of Law. For this motion Plaintiff will show.

(1). Judge Thomas F. Hogan action in the above captioned matter, his order returning Plaintiff pro - se complaint is abuse of discretions, hinges on aiding and abetting in overthrowing the USA Constitution, Federal Rules of Civil Procedure and equity justice

(2). The proper procedure in pursuant to the Federal Rules of Civil procedure, local rules, and etc. would be to allow Plaintiff time to amend his complaint to cure any in complaisance, since he is filing pro se.

(3). The terrorist acts complained of should have been referred to the FBI, Homeland Security, or any proper Government agency for proper investigation, or etc. relating to complaints of this nature.

(4). This complaint affect all minority American Citizen, Blacks, Mexican, Japanese, Chinese, India, and etc., and even the law abiding Whites American Citizen.

(5). Attacking American war Veteran is destroying our country future Army. Riding our legal system of corrupt Judges, Police who use race as grounds not to enforce the law will make our country stronger, and make its Citizen fight for its survival. Failure to enforce the law will destroy our country.

(6). Aiding abetting some gang of Police corrupt Judges will not only destroy my home and life, but yours too.

Respectfully submitted

Phillippi S. Lowe
P.O. Box 368
Evergreen, AL. 36401
334-284-6888

## CERTIFICATE OF SERVICE

WASHINGTON D.C.
United States District Court
for the District of Columbia
and their Fraternal Order of Police
333 Constitution Avenue NW
Washington, D.C. 20001

PRINCE GEORGE MARYLAND
and their Fraternal Order of Police
14735 Main Street
Upper Marlboro, MD. 20772

MONTGOMERY CITY
and their Fraternal Order of Police
103 N Perry
Montgomery, AL. 36104

PENSACOLA FLORIDA
and their Fraternal Order of Police
P.O. Box 12910
Pensacola, Florida 32521

EVERGREEN AL.
and their Fraternal Order of Police
P.O. Box 107
Evergreen, AL. 36401

PHILLIPPI S. LOWE